UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL WALKER, | Case No. 17-cv-04361-MEJ (PR) |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| RONALD DAVIS, et al., | Re: Dkt. No. 7 |
| Defendants. | |

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **February 14, 2018**.

This order terminates Docket No. 7.

**IT IS SO ORDERED.**

Dated: November 8, 2017

MARIA-ELENA JAMES
United States Magistrate Judge